UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No: 8: 06-cr-326-T-30TGW

RAFAEL ANGEL RONDON
EMEREGILDO ROMAN

    Defendant(s).
_____/

**O R D E R**

This cause comes before the Court on its own motion.  Upon examination of the file in the above-styled action, the undersigned has determined that there is cause for recusal.  Accordingly, the undersigned recuses himself from all further participation in this case.  The Clerk of the Court is instructed to reassign this case to another District Judge under the blind filing system established pursuant to the rules of this Court.

**DONE** and **ORDERED** in Tampa, Florida on January 3, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record
S:\Even\2006\06-cr-326.recusal.wpd