UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    CASE NO.: 8:06-cr-326-T-23TGW

RAFAEL RONDON,

    Defendant.

**PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT AS TO DEFENDANT RAFAEL RONDON**

THIS CAUSE comes before the Court on Motion of the United States of America for Entry of a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), for the following property:

    a.    The real property located at 1893 Vale Drive, Clermont, Florida, which is legally described as follows:

        Lot 187, SKYRIDGE VALLEY PHASE II, according to the plat thereof, as recorded in Plat Book 45, Pages 46, 47 and 48, of the Public Records of Lake County, Florida.

        Parcel Identification Number: 24-27-26-489501-000510

    b.    One 2001 Lincoln Navigator, titled in the name of Rafael Rondon; Vehicle Identification No.: 5LMEU27R21LJ16187;

    c.    One 1999 Chevy Blazer, titled in the name of Rafael Rondon; Vehicle Identification No.: 1GNCS13W0X2120786;

    d.    One 1997 Dodge Pick-Up Truck, titled in the name of Rafael Rondon; Vehicle Identification No.: 3B7HF13Y4VG701717;

  e. $1,118.00 in U.S. currency seized from Rafael Rondon upon his arrest; and

  f. one .357 Ruger Model Security Six, Serial No. 154-61162.

At sentencing, the Preliminary Order of Forfeiture shall be a final order of forfeiture as to defendant Rafael Rondon's interest in the subject property.

The Court, being fully advised in the premises, finds that the United States has established the requisite *nexus* between the crimes of conviction, specifically conspiracy to commit armed bank robbery and armed bank robbery offenses in violation of 18 U.S.C. § 371 and 18 U.S.C. § 2113, and brandishing a firearm during the commission of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii), and the property identified above. Accordingly, the Court finds that the assets listed in "a" through "e" above are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and the .357 Ruger Model Security Six, Serial No. 154-61162 ("f" above) is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

In addition, the court finds that the amount of proceeds obtained by defendants Rafael Rondon and Emeregildo Roman as a result of the conspiracy to commit armed bank robbery, for which both defendants have been found guilty as charged in Count One of the Second Superceding Indictment is $505,530.00. Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED** that all right, title, and interest

of defendant Rafael Rondon in the property identified in "a" through "f" above are hereby CONDEMNED and FORFEITED to the United States of America pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c). It is FURTHER **ORDERED** that defendant Rafael Rondon is jointly and severally liable, along with defendant Emeregildo Roman for a forfeiture money judgment in the amount of $505,530.00, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), less the amount of funds obtained from other forfeited assets.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of June, 2007.

_____
HON. STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies to: Tonya L. Shotwell, AUSA
Attorneys of record

3